NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3053

### HARRIET A. WELLING,

Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in PH0831080364-I-1.

ON MOTION

## O R D E R

Upon consideration of Harriet A. Welling's motion to voluntarily dismiss her petition for review,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

FEB 13 2009

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 13 2009

JAN HORBALY
CLERK

cc:    Harriet A. Welling
        Stacey K. Grigsby, Esq.

s8

ISSUED AS A MANDATE:    FEB 13 2009